UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMICKO D. MURRAY MCIVER,<br><br>                    Plaintiff,<br><br>         -against-<br><br>FDA FOOD AND DRUG ADMINISTRATION; CDC CENTER FOR DISEASE CONTROL & PREVENTION; FTC FEDERAL TRADE COMMISSION,<br><br>                    Defendants. | 24-cv-8897 (LLS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 13, 2025, order, the Court dismisses the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for lack of subject matter jurisdiction.

The Court warns Plaintiff that the filing of additional lawsuits in this court may result in an order barring Plaintiff from filing new actions IFP, unless she first obtains permission from the court.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 19, 2025

         New York, New York

                                                          /s/ Louis L. Stanton
                                                          LOUIS L. STANTON
                                                          United States District Judge